## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Valerie Steiner, | Civ. No. 23-3719 (JWB/DTS) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |
| Brian Ashworth, | |
| Defendant. | |

United States Magistrate Judge David T. Schultz issued a Report and Recommendation ("R&R") on December 7, 2023. (Doc. No. 3.) No objections have been filed to that R&R in the time permitted. In the absence of timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The December 7, 2023 Report and Recommendation (Doc. No. 3) is **ACCEPTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 8, 2024

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge